THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIAN HAGI-MAYOW, *et al.*, | CASE NO. C18-0986-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties were required to mediate, in accordance with Local Civil Rule 39.1, by June 3, 2019. (Dkt. No. 10). To date, the parties still have not participated in mediation. Therefore, the parties are ORDERED to participate in mediation, in good faith, no later than Friday, July 26, 2019. The parties are further ORDERED to apprise the Court of the result of their mediation no later than Wednesday, July 31. The Clerk is DIRECTED to re-note Defendant's motion for summary judgment (Dkt. No. 13) to July 31. Plaintiffs' response to Defendant's motion for summary judgment remains due on July 15; Defendant's reply to Plaintiffs' response remains due on July 19.

//

DATED this 11th day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk