THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIAN HAGI-MAYOW and CALI IDRIS, wife and husband,<br><br>Plaintiffs,<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendant. | CASE NO. C18-0986-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court DIRECTS Courthouse Security to allow counsel in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which began on Monday, September 23, 2019.

DATED this 23th day of September 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0986-JCC
PAGE - 1